JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRISTOPHER HIMES,<br><br>        Plaintiff,<br><br>     v.<br><br>MS. LOPEZ, et al.,<br><br>        Defendants. | Case No. 5:25-cv-00077-HDV-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: ___01/20/26_____ _____

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE